| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ANDERSON, et al., | No. 2:21-cv-04290-JAK (GJSx) |
| Plaintiff, | **JUDGMENT** |
| v. | **[JS6: CASE TERMINATED]** |
| CHIEF JOHN E. PEREZ, et al., | |
| Defendants. | |

1

Pursuant to the July 15, 2025 jury verdict and the September 29, 2025 Order Denying City of Pasadena's Motion for Judgment as a Matter of Law Against Plaintiff Lorena McCaigue, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The operative pleading is the Complaint filed on May 22, 2021 (the "Complaint") by Keith Anderson and Lorena McCaigue ("Plaintiffs").

2. Plaintiffs have **JUDGMENT** entered in their favor and against the City of Pasadena, as to the fourth and sixth cause of action of the Complaint.

3. The City of Pasadena shall pay $66,800.00 in damages to Keith Anderson.

4. The City of Pasadena shall pay $1,267,002.00 in damages to Lorena McCaigue.

5. All other causes of action advanced in the Complaint, including each cause of action asserted against John E. Perez, are **DISMISSED** with prejudice.

6. Plaintiffs may seek post-judgment remedies as provided in Fed. R. Civ. P. 54(d) and Local Rule 54.

7. Any request for any other relief is **DENIED**.

**IT IS SO ORDERED.**

Date: October 22, 2025

_____
John A. Kronstadt
United States District Judge